IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02692-MEH

LUPITA LEWIS,

    Plaintiff,

v.

JAMES T. POWERS,
NATIONAL FEDERATION FOR THE BLIND,
CITY OF LITTLETON, COLORADO,
NATIONAL FEDERAL FOR THE BLIND, COLORADO,
COLORADO CENTER FOR THE BLIND, and
CZ FAMBO HOLDINGS LLC,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 15, 2016**.

    For good cause shown, the Motion for Extension of Time for Defendant CZFambo Holdings LLC to File a Responsive Pleading [filed March 11, 2016; docket #35] is **granted**. Defendant CZFambo Holdings LLC d/b/a Chubby's shall file an answer or other response to the operative pleading on or before March 25, 2016.

    Nothing in this order shall be construed to modify the Court's February 17, 2016 order (docket #21).